HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONDRA J. HAYES ) | Civil No. 06-05720 WHA |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Friday, February 16, 2007 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|  |  |
|---|---|
|  | KEVIN V. RYAN<br>United States Attorney<br>SARA WINSLOW<br>Assistant United States Attorney |
| Dated: January 15, 2007 | /s/<br>ARMAND ROTH<br>Special Assistant U.S. Attorney |
| Dated: January 15, 2007 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>SONDRA J. HAYES |

IT IS SO ORDERED.

Dated: January 31, 2007

HON. WILLIAM H. ALSUP
United States District Judge

2

STIPULATION AND ORDER