|   |   |
|---|---|
| 1 | SCOTT N. SCHOOLS, SBN SC 9990<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153<br>Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration<br>SARAH RYAN, State Bar of Texas 17479500 |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone:  (415) 977-8943<br>Facsimile:  (415) 744-0134 |
| 7 |   |
|   | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SONDRA J. HAYES, | ) |   |
|---|---|---|
|   | ) | CIVIL NO. C-06-05720 WHA |
| Plaintiff, | ) |   |
|   | ) |   |
| v. | ) | STIPULATION AND ORDER OF REMAND |
|   | ) |   |
| MICHAEL J. ASTRUE, | ) |   |
| Commissioner of | ) |   |
| Social Security, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand, the Office of Disability Adjudication and Review (ODAR) will vacate the prior decision of the Commissioner and remand this case to an Administrative Law Judge (ALJ) with an order to provide Plaintiff with a new hearing and the opportunity to present new evidence. ODAR will direct the ALJ to update the record by obtaining Plaintiff's updated treating source records; and if necessary the ALJ may obtain a consultative psychiatric examination. If necessary, the ALJ may also obtain evidence from a medical expert to assist in determining the severity of the claimant's alleged

mental impairment.

Respectfully submitted,

Dated:  March 22, 2007    /s/ *Harvey P. Sackett*
   (As authorized via facsimile)
HARVEY P. SACKETT
Attorney for Plaintiff

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel

Dated:  March 22, 2007    */s/*
SARAH RYAN
Special Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated:  April 2, 2007    _____
WILLIAM ALSUP
United States District Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SONDRA J. HAYES,                )
                                )   CIVIL NO. C-06-05720 WHA
    Plaintiff,              )
                                )
v.                              )   [PROPOSED] JUDGMENT
                                )
MICHAEL J. ASTRUE,              )
Commissioner of                 )
Social Security,                )
                                )
    Defendant.              )
_____)

    IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed. R. Civ. P. 58.

Dated: April 2, 2007

_____
WILLIAM H. ALSUP
United States District Judge

*IT IS SO ORDERED* — Judge William Alsup